```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 07-cr-232-PB

**Efrain Perez**


**O R D E R**

The defendant, through counsel, has moved to continue the February 5, 2008 trial in the above case, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 5, 2008 to April 1, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

　　　　The January 28, 2008 final pretrial conference is continued to March 28, 2008 at 4:45 p.m.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/Paul Barbadoro
　　　　　　　　　　　　　　　　　　　　Paul Barbadoro
　　　　　　　　　　　　　　　　　　　　United States District Judge

January 28, 2008

cc:　Jessica Brown, Esq.
　　　Jennifer Davis, AUSA
　　　United States Probation
　　　United States Marshal