```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                     Case No. 07-cr-232-PB

**Efrain Perez**


**O R D E R**

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case, citing the need for additional time to finalize a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 3, 2008 to July 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 22, 2008 final pretrial conference is continued to June 26, 2008 at 11:30 a.m.

SO ORDERED.

                                          /s/Paul Barbadoro  
                                          Paul Barbadoro  
                                          United States District Judge

May 21, 2008

cc:   Jessica Brown, Esq.  
       Jennifer Davis, AUSA  
       United States Probation  
       United States Marshal